(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Arsenio Cruz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARSENIO CRUZ,<br><br>    Defendant. | CASE NO.: **1:13-CR-00422 AWI**<br><br>**STIPULATION REGARDING SENTENCING; ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing imposed in the above-captioned matter on March 31, 2014, is hereby modified as follows:

-That the Defendant is sentenced to eight (8) months incarceration with a term of seven (7) months Supervised Release to follow so as to allow Defendant to attend and participate in a Residential Rehabilitation Center as the only term of his Supervised Release.

Dated: April 7, 2014                BENJAMIN WAGNER
                                    United States Attorney


                            By:     /s/ Kimberley Sanchez
                                    KIMBERLEY SANCHEZ
                                    Assistant United States Attorney,
                                    Attorney for Plaintiff

Dated: March 26, 2014            HARRY M. DRANDELL
Law Offices of Harry M. Drandell

By:    /s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
ARSENIO CRUZ

## **O R D E R**

IT IS HEREBY ORDERED that the Sentencing imposed on March 31, 2014, is hereby modified as follows; that the defendant is sentenced to eight (8) months incarceration to be followed with a term of seven (7) months Supervised Release, so as to allow defendant to attend and participate in a Residential Rehabilitation Center, as the only term of his Supervised Release.

IT IS SO ORDERED.

Dated:  April 7, 2014            _____
                                      SENIOR  DISTRICT  JUDGE